No. 63033.—Star Jewelry Co., Inc. v. United States,, protest 313099–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of chalkwhite stones the same in all material respects as those the subject of Abstract 59105, except that said stones are not faceted, the claim of the plaintiff was sustained.

No. 63034.—S. Christian of Copenhagen, Inc., et al. v. United States, protests 58/10443, etc.  (San Francisco).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of Davies Turner & Co. v. United States (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiffs was sustained.

No. 63035.—The Bamboo Window et al. v. United States, protests 297709–K, etc. (Honolulu).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of United Enterprises et al. v. United States (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.